UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICKY LEE STUART, | Case No. CV 16-02158 GHK (RAO) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| DEPUTY MILLS, DEPUTY REYES, DEPUTY BODNAR, DEPUTY IVAN, DEPUTY BROOKS, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint; the Motion to Dismiss "Defendant Ivan (K-9 Dog)" With Prejudice filed by Defendants Mills, Reyes, Bodnar and Brooks ("Defendants"); all of the other records and files herein; and the Interim Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///

Accordingly, IT IS ORDERED that Defendants' Motion is GRANTED and this action is dismissed with prejudice and without leave to amend as to Defendant Ivan.

DATED: 10/28/16

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE